

86 Chambers Street
New York, New York 10007

March 6, 2026

By ECF
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**
at page 2

Re:, *Garcia Montalban v. Genalo, et al.*, No. 26 Civ. 1808 (ER)

Dear Judge Ramos,

    This Office represents the government in the above-referenced immigration habeas corpus action. On March 5, 2026, the Court issued an ordered enjoining Petitioner's transfer out of either the Eastern District of New York, the Southern District of New York, or the District of New Jersey. I write respectfully to request that the Court modify the injunction on transfer and permit Petitioner's transfer to a detention facility in the Middle District of Pennsylvania, as discussed below.

    Petitioner is currently being held in ICE's temporary hold room at 26 Federal Plaza, New York, New York, where she has been held since her arrest on March 4, 2026, pending placement at a detention facility. Based on Petitioner's criminal history, she has been assigned a risk classification level of "high risk."[1] Of the three districts in the Court's order, only the District of New Jersey has detention facilities that hold female ICE detainees (there are no facilities with the Southern or Eastern Districts of New York that hold female ICE detainees), but the facilities in New Jersey do not hold "high risk" female ICE detainees. ICE has identified the nearest detention facility that can accommodate a "high risk" female ICE detainee as Moshannon Valley Processing Center, located in Philipsburg, Pennsylvania. We respectfully request that the Court promptly modify the injunction on transfer to permit Petitioner's transfer to the Moshannon facility so that she may be placed in a facility with access to a shower and bed.[2]

    This modification would not affect the Court's jurisdiction over Petitioner's habeas action. *See, e.g., Ozturk v. Hyde*, 136 F.4th 382, 391 (2d Cir. 2025) (holding that habeas jurisdiction lies in the district where the petitioner is detained at the time of filing, even if the petitioner is later transferred to a different district); *Khalil v. Joyce*, 771 F. Supp. 3d 268, 273 (S.D.N.Y. 2025) (same).

---

[1] Petitioner was arrested by the New York City Police Department for third degree assault with intent to cause physical injury under New York Penal Law § 120.00 (01).

[2] Because 26 Federal Plaza is not a detention facility, it does not have showers or beds. The temporary hold room is used to temporarily hold detainees during processing and pending transfer to a detention facility.

I thank the Court for its consideration of this request.

                                            Respectfully,

                                            JAY CLAYTON
                                            United States Attorney
                                            Southern District of New York

                                            */s/ Janet Lynne Guyon*
                  BY:   JANET LYNNE GUYON
                                            Special Assistant United States Attorney
                                            Southern District of New York
                                            86 Chambers Street, 3rd Floor
                                            New York, New York 10007
                                            Tel: (917) 484-0324
                                            E-mail: janet.guyon@usdoj.gov

cc: Counsel of Record (by ECF)

---

The petitioner is directed to file a letter response by Monday, March 9, 2026.

SO ORDERED.

                                      Edgardo Ramos, U.S.D.J.
                                      Dated:  March 6, 2026
                                      New York, New York