UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OLGA MORELIA GARCIA MONTALBAN,

                Petitioner,

        -against-

KENNETH GENALO, *Field Office Director of Enforcement and Removal Operations, New York Field Office, Immigration and Customs Enforcement*; TODD LYONS, *Acting Director, United States Immigration and Customs Enforcement*; KRISTI NOEM, *Secretary, U.S. Department of Homeland Security*; PAMELA BONDI, *United States Attorney General*; U.S. DEPARTMENT OF HOMELAND SECURITY, *and* EXECUTIVE OFFICE FOR IMMIGRATION REVIEW

                Respondents.

**ORDER**
26 Civ. 1808

---

EDGARDO RAMOS, United States District Judge:

      The parties are hereby notified that oral argument will be heard on **Friday, March 13, 2026 at 2:00 PM**, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, Courtroom 619.


SO ORDERED.

Dated:    March 12, 2026
          New York, New York

                                        EDGARDO RAMOS
                             United States District Judge