UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OLGA MORELIA GARCIA MONTALBAN,

               Petitioner,

        -against-

KENNETH GENALO, *Field Office Director of Enforcement and Removal Operations, New York Field Office, Immigration and Customs Enforcement*; TODD LYONS, *Acting Director, United States Immigration and Customs Enforcement*; KRISTI NOEM, *Secretary, U.S. Department of Homeland Security*; PAMELA BONDI, *United States Attorney General*; U.S. DEPARTMENT OF HOMELAND SECURITY, *and* EXECUTIVE OFFICE FOR IMMIGRATION REVIEW

               Respondents.

**ORDER**
26 Civ. 1808

EDGARDO RAMOS, United States District Judge:

On March 13, 2026, the parties appeared before the Court for oral argument. As discussed, the Government is directed to provide the requested information by **5:00 PM on Tuesday, March 17, 2026.** Further, Garcia Montalban's bond hearing before an immigration judge is stayed until further order of this Court.

SO ORDERED.

Dated:   March 13, 2026
        New York, New York

                                 EDGARDO RAMOS
                         United States District Judge