**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
OLGA MORELIA GARCIA MONTALBAN,

                         Petitioner,            26 **CIVIL** 1808 (ER)

        -against-                                **JUDGMENT**

KENNETH GENALO, Field Office Director
of Enforcement and Removal Operations, New
York Field Office, Immigration and Customs
Enforcement; TODD LYONS, Acting Director,
United States Immigration and Customs
Enforcement; KRISTI NOEM, Secretary, U.S.
Department of Homeland Security; PAMELA
BONDI, United States Attorney General; U.S.
DEPARTMENT OF HOMELAND
SECURITY, and EXECUTIVE OFFICE FOR
IMMIGRATION REVIEW,

                         Respondents.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated March 20, 2026, Petition is GRANTED and Respondents are

ordered to immediately release Garcia Montalban from custody.

**DATED:**  New York, New York
         April 14, 2026

                                 **TAMMI M. HELLWIG**
                               _____
                                 **Clerk of Court**

                **BY:**    _____
                                  **Deputy Clerk**