

# MEMO ENDORSED

at page 2

June 26, 2026


BY ECF

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re: *Garcia Montalban v. Genalo, et al.*, No. 26-cv-01808 (ER): Motion to Forego Pre-Motion Conference With Respect to Attorney's Fees**

Dear Judge Ramos,

Petitioner intends to seek reasonable attorney's fees in the above-captioned matter, pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. The Parties file this joint motion to respectfully request that the Court allow the Parties to forego a pre-motion conference and proceed directly to briefing on this issue. *See* Individual Rules of Practice 2.A.ii (generally requiring a pre-motion conference prior to motion practice in civil cases).

An EAJA motion must be submitted within thirty days of a judgment that is "final and not appealable." 28 U.S.C. §§ 2412(d)(1)(B), (d)(2)(G). The Court entered judgment in the above-captioned matter on April 14, 2026 (Dkt No. 41), and Respondent's deadline to appeal judgment elapsed on June 15, 2026.[1] As such, Petitioner's deadline to submit a motion for fees under EAJA is July 15, 2026.

The Parties conferred via email and were unable to reach an agreement with respect to attorney's fees. At this time, Respondents are unwilling to concede or negotiate on attorney's fees in this case. In light of these discussions and the Parties' difficulty identifying a mutually available time for the pre-motion conference due to planned travel and court deadlines, the Parties therefore believe it would be most efficient to proceed directly to briefing.

In the alternative, if the Court prefers to conduct a pre-motion conference, the Parties are available for a pre-motion conference on July 14, July 15-17, and the week of July 20. Should the Court schedule a pre-motion conference on or after July 15, the Parties respectfully request an extension of the filing deadline to one week after the Court holds the pre-motion conference.

Respectfully submitted,

/s/ Alexandra Zaretsky
Alexandra Zaretsky

---

[1] Since 60-days from entry of judgment was Saturday, June 13, the deadline fell on the next business day. Fed. R. Civ. P. 6(a)(1)(C).

100 Pearl Street, 19th Floor, New York, NY 10004    t:212.613.5000    f:212.750.0820
nylag.org

2

Kate Fetrow
Melissa Chua
New York Legal Assistance Group
100 Pearl Street, 19th Floor
New York, NY 10004
azaretsky@nylag.org
kfetrow@nylag.org
mchua@nylag.org
(212) 613-6510

The request to forgo the premotion conference requirement is granted.
Petitioner's motion for attorney's fees is due July 15, 2026; the opposition
is due August 5, 2026; the reply is due August 12, 2026.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated:  June 29, 2026
New York, New York