UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OLGA MORELIA GARCIA MONTALBAN,

Petitioner,

-against-

KENNETH GENALO, *Field Office Director of Enforcement and Removal Operations, New York Field Office, Immigration and Customs Enforcement*; TODD LYONS, *Acting Director, United States Immigration and Customs Enforcement*; KRISTI NOEM, *Secretary, U.S. Department of Homeland Security*; PAMELA BONDI, *United States Attorney General*; U.S. DEPARTMENT OF HOMELAND SECURITY, *and* EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,

Respondents.

**ORDER**
26 Civ. 1808

EDGARDO RAMOS, United States District Judge:

The Court granted Olga Morelia Garcia Montalban's petition for the writ of *habeas corpus*, on March 20, 2026.  On July 15, 2026, Garcia Montalban's counsel filed a motion for attorneys' fees pursuant to the Equal Access to Justice Act ("EAJA").  *See* Doc. 45.  On July 23, 2026, the Government wrote to inform the Court that on June 29, 2026, the Supreme Court granted certiorari in *Palacios v. Liggins*, where the issue presented is whether habeas actions are "civil actions" for purposes of the EAJA.  Doc. 47 (citing *Palacios v. Liggins*, No. 25-1223, 2026 WL 1855057 (U.S. June 29, 2026)).  In the interests of judicial economy, the Government requests that the Court stay its determination on the pending motion until a decision in *Palacios*. *Id.*  On July 24, 2026, Garcia Montalban's counsel filed a letter opposing the request for a stay because:  there is longstanding Second Circuit caselaw on the issue, delaying a decision on attorneys' fees would penalize pro bono attorneys like Garcia Montalban's counsel, and a

decision may not be forthcoming for almost a year. *See* Doc. 48 (citing *Vacchio v. Ashcroft*, 404 F.3d 663 (2d Cir. 2005)).

A court may "properly exercise its staying power when a higher court is close to settling an important issue of law bearing on the action." *Sikhs for Justice v. Nath*, 893 F. Supp. 2d 598, 621–22 (S.D.N.Y. 2012) (collecting cases). The Court finds that "'*Palacios* could be dispositive of the fee motion in this case,' and that 'courts regularly stay cases where,' as here, 'an appeal in a related case will resolve (or at least greatly simplify) the issues in the stayed case.'" *Salgado v. Francis*, No. 25-CV-6524 (VEC), 2026 WL 2123305, at *1 (S.D.N.Y. July 23, 2026) (quoting *Martinez v. Joyce*, No. 25-CV-10376 (GBD) (BCM), 2026 WL 2059788, at *1 (S.D.N.Y. July 16, 2026)).

Accordingly, the Government's request is granted. All briefing deadlines associated with the motion for attorneys' fees are adjourned. Within seven days of the Supreme Court's decision in *Palacios*, the parties are directed to file a joint letter: (1) informing the Court of the holding in *Palacios*, (2) stating the impact of the decision on the instant fee motion, if any, and (3) proposing a briefing schedule, if necessary.

SO ORDERED.

Dated:   July 30, 2026
         New York, New York

_____
EDGARDO RAMOS
United States District Judge